UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAVID OWEN HOOPER, | ) | |
| Petitioner, | ) | 3:10-CV-00566-ECR-VPC |
| vs. | ) | |
| | ) | ORDER |
| ELDON K. McDANIEL, et al., | ) | |
| Respondents. | ) | |

The petitioner has filed an application to proceed *in forma pauperis* (#1) and submitted a petition for writ of habeas corpus (docket #1-1).

The petitioner's application to proceed *in forma pauperis,* including the financial certificate, establishes that the petitioner qualifies for *in forma pauperis* status. He shall be granted leave to proceed *in forma pauperis,* and shall not be required to pay the filing fee for his habeas corpus petition. The petition will be ordered filed and docketed.

A review of the petition demonstrates that it must be dismissed, as the relief sought and the actions complained of do not lie in habeas. 28 U.S.C. § 2254 provides that the federal court shall entertain an application for a writ of habeas corpus on behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws

1  or treaties of the United States.  A petition for writ of habeas corpus seeks the release of the petitioner
2  from the burdens of such a conviction on the grounds that the conviction or sentence violates some right
3  guaranteed by the laws of the United States.  This petition, which is incomprehensible and nonsensical,
4  does not seek such relief and does not attack such a conviction.  The petition shall be dismissed.

5        **IT IS THEREFORE ORDERED** that petitioner's application to proceed *in forma*
6  *pauperis* (docket #1) is **GRANTED**.  Petitioner shall not be required to pay a filing fee to file his habeas
7  corpus petition.

8        **IT IS FURTHER ORDERED** that the Clerk shall **file and docket** the petition which
9  is **DISMISSED.**  No Certificate of Appealability shall issue.  The Clerk shall enter judgment
10 accordingly.

11       Dated this 22nd day of September, 2010.

12
13                                                    UNITED STATES DISTRICT JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26