AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

DAVID OWEN HOOPER,

    Petitioner,   JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:10-cv-00566-ECR-VPC**

ELDON K. McDANIEL, et al.,

    Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is DISMISSED.


  September 22, 2010   **LANCE S. WILSON**
                                                                         Clerk

                                                             /s/ Katie Lynn Ogden
                                                                  Deputy Clerk